UNITED STATES DISTRICT COURT
for the Southern District of West Virginia
Beckley Division



March 31, 2012

To: **Clerk of Court**
U.S. District Courthouse
110 N. Heber St., RM.: 119
Beckley, WV 25801

5:12-1223

From: Narseal Batiste
Reg. No.: 76736-004
FCI Beckley
Federal Correctional Inst.
P.O. Box 350
Beaver, West Virginia 25813

Dear Clerk of Court:

    I apologize for these circumstances. I do need immediate hospitalization. I'm writing this letter to find out where I began at, to file a medical complaint, in the U.S. Court against the Federal Bureau of Prisons at Beckley Inst. I have reported ill since Nov 1, 2006 to the Federal B.O.P. I finally received treatment related to my illness on March 21, 2012; however; I'm ill severely, and this treatment didn't eliminate my abdominal ailment. I have a bacterial parasite, existing in my abdomen that living on my digestive glands, that still today going untreated.

In Sincerity:
*Narseal Batiste*

Official Seal
Notary Public, State Of West Virginia
Destiny F Spearen
Federal Bureau of Prisons - FCI Beckley
1600 Industrial Park Rd
Beaver WV 25813
My commission expires April 19, 2021

4/19/2012

Narseal Batiste       Reg. No.: 76736-004
FCI Beckley
Federal Correctional Inst.
P.O. Box 350
Beaver, West Virginia 25813

7008 1830 0000 5836 0492

CERTIFIED MAIL

⇔76736-004⇔
Court District
Southern District of W.V.
110 N. Heber Street
Beckley, WV 25801
United States

Legal Mail

25801$4552 C006
Room: 119

FEDERAL CORRECTIONAL INST. USP
S-CK-Y
PO BOX 1280
BEAVER, WV 24813

DATE 4-18-12

THE ENCLOSED LETTER WAS PROCESSED
SPECIAL MAILING PROCEDURES
YOU THE LETTER HAS BEEN NEITHER
INSPECTED. IF THE WRITER RAISES A
PROBLEM OVER WHICH THIS FACILITY
HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE
FOR FURTHER INFORMATION OR CLARIFICATION.
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS

PURPLE HEART FOREVER USA (stamps)

7008 1830 0000 5836 0492